IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SCION HOTELS LLC d/b/a HOLIDAY INN NEWARK AIRPORT,<br><br>                Plaintiff,<br><br>        v.<br><br>GREAT AMERICAN INSURANCE COMPANY,<br><br>                Defendant. | Case No.: 2:22-cv-05034 |

**NOTICE OF MOTION TO DISMISS COUNTS II AND II OF THE COMPLAINT**

**PLEASE TAKE NOTICE** that on October 3, 2022, or as soon thereafter as counsel may be heard, the undersigned attorneys for defendant Great American Insurance Company ("Defendant") shall move before the Honorable Susan D. Wigenton, U.S.D.J., at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07101 for an Order dismissing Counts Two and Three of the Complaint pursuant to Rule 12 of the Federal Rules of Civil Procedure; and

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Defendant intends to rely upon the memorandum of law and declaration of counsel submitted herewith.

                                                                                        Respectfully submitted,

                                                                                       **MOUND COTTON WOLLAN**
                                                                                         **&amp; GREENGRASS LLP**

Dated: September 2, 2022             By:     /s/ Kevin F. Buckley
                                                                                   Kevin F. Buckley
                                                                                   kbuckley@moundcotton.com
                                                                                   One New York Plaza, 44th Floor
                                                                                   New York, NY 10004
                                                                                   Tel. (212) 804-4200
                                                                                   Fax (212) 344-8066

Craig R. Rygiel
crygiel@moundcotton.com
30A Vreeland Road, Suite 210
Florham Park, NJ 07932
Tel. (973) 494-0600
Fax (973) 242-4244

*Attorneys for Defendant*
*Great American Insurance Company*