**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(973) 776-7700

| | |
|---|---|
| CHAMBERS OF<br>**JAMES B. CLARK, III**<br>UNITED STATES MAGISTRATE JUDGE | U.S. COURTHOUSE<br>50 WALNUT STREET, ROOM 2060<br>NEWARK, NJ 07102 |

September 13, 2022

**LETTER ORDER**

Re:   **Scion Hotels, LLC v. Great American Insurance Company**
       Civil Action No. 22-5034 (SDW)

Dear Counsel:

As discussed during the telephone conference held in this matter earlier today, the Court orders as follows:

1) This action and any pending motions are hereby **ADMINISTRATIVELY TERMINATED**.

2) This shall not constitute a dismissal Order under Federal Rule of Civil Procedure 41.

3) Any party may file a letter request to reopen this matter and restore it to the Court's active docket at the appropriate juncture.

**IT IS SO ORDERED.**

    s/ James B. Clark, III
**JAMES B. CLARK, III**
**United States Magistrate Judge**